**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                        **CHAPTER 13 NO.:**

**JANETTE MARIE GRIFFIN AND**
**DOTTIE GRIFFIN**                                           **25-00631 – JAW**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to Confirmation of the Debtor's Chapter 13 Plan; and in support thereof would most respectfully show unto this Honorable Court as follows:

1.      The Debtors filed a Chapter 13 Petition on March 10, 2025, and a 341(a) Meeting of Creditors was held on April 15, 2025.

2.      Upon information and belief, this plan has not been filed in good faith.

3.      That, Veritas filed a second secured claim for which the Debtors failed to provide treatment in their Plan.  The Debtors should be required to file a modified plan providing proper treatment of all secured claims.

4.       That, confirmation should be denied and this case dismissed.

5.      The Trustee hereby objects to any amended plan filed hereafter.

6.      Other grounds to be shown at a hearing hereon.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and at a hearing hereon confirmation be denied and for such other, further and general relief to which the Trustee and this bankrupt estate may be entitled.

Dated: April 29, 2025

Respectfully submitted,

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX: 601/362-8826
EMAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

       I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Janette Marie Griffin
Dottie Griffin
4255 Highway 16 East
Canton, MS 39046

John S. Simpson
jsimpson@simpsonlawfirm.net

Veritas Federal Credit Union
P.O. Box 2659
Smyrna, TN 37167

Dated: April 29, 2025

                    /s/ Harold J. Barkley, Jr. _____
                    HAROLD J. BARKLEY, JR.