**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                         CHAPTER 13 NO.:

JANETTE MARIE GRIFFIN
DOTTIE GRIFFIN                                            25 – 00631 – JAW

**NOTICE OF OBJECTION TO CLAIM**

**You are hereby notified** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
501 East Court Street, Suite 2.300
Jackson, MS 39201

And a copy must be served on the undersigned case Trustee and the Debtor's attorney on or ***before thirty (30) days from the date of this notice***. In the event a written response is filed, the court will notify you of the date, time and place of the hearing hereon.

/s/Harold J. Barkley, Jr.                                 Dated: May   29   , 2025
HAROLD J. BARKLEY, JR. – MSB #2008
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                                 CHAPTER 13 NO.:

JANETTE MARIE GRIFFIN
DOTTIE GRIFFIN                                                                         25 – 00631 – JAW

**TRUSTEE'S OBJECTION TO**
**PROOF OF CLAIM**

      COMES NOW Trustee, Harold J. Barkley, Jr., and files this his Objection to the Proof of Claim filed herein by Roadmaster Drivers School (Claim No. 13-1) in the amount of $6,693.47; and in support thereof would most respectfully show unto this Honorable Court as follows:

      1.      That, Creditor filed Proof of Claim 13-1 by mail. According to Part 3, Creditor executed the Claim on May 22, 2025.

      2.      That, the last date to file Claims was May 19, 2025. Therefore, Creditor's Claim was not timely filed.

      3.      That, Creditor should be required to provide justification for the late filed Claim or the Claim should be wholly disallowed.

      4.      Other grounds to be shown at a hearing hereon.

      WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection and for such other, further and general relief to which the Trustee and this bankruptcy estate may be entitled.

      Dated: May   29  , 2025

                                            Respectfully submitted,

                                            /s/Harold J. Barkley, Jr.
                                            HAROLD J. BARKLEY, JR. – MSB #2008
                                            CHAPTER 13 TRUSTEE
                                            POST OFFICE BOX 4476
                                            JACKSON, MS 39296-4476
                                            PHONE:  601/362-6161
                                            FAX:  601/362-8826
                                            E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

  I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Janette Marie Griffin
Dottie Griffin
4255 Hwy 16 East
Canton, MS 39046

Roadmasters Drivers School
Post Office Box 22467
St. Petersburg, FL  33742


Dated:  May     29    , 2025

                /s/Harold J. Barkley, Jr.
                HAROLD J. BARKLEY, JR.