IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: CHAPTER 13 NO.:

JANETTE MARIE GRIFFIN
DOTTIE GRIFFIN                                                                                   25 – 00631 – JAW

**O R D E R**

       THIS CAUSE came before this Honorable Court on the Trustee's Objection to Proof of Claim [DK #        ] filed herein by Roadmaster Drivers School (Claim No. 13-1); and the Court orders as follows:

       THAT, no response has been timely filed herein.

       THAT, the Trustee's Objection to Proof of Claim is hereby sustained.

       THAT, the claim of Roadmaster Drivers School (Claim No. 13-1) is hereby wholly disallowed.

##END OF ORDER##

SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM