BL9945018

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

| | | | |
|---|---|---|---|
| IN RE: | JANETTE MARIE GRIFFIN | : | Chapter: 13 |
| | DOTTIE GRIFFIN | : | |
| | | : | |
| | | : | |
| | | : | BANKRUPTCY NO: 25-00631 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American First Finance, LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Christopher Cramer

Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:   06/06/2025

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

IN RE: JANETTE MARIE GRIFFIN
       DOTTIE GRIFFIN

Debtor(s).

Case No. 25-00631

Chapter 13

## CERTIFICATE OF SERVICE OF
## AMERICAN FIRST FINANCE, LLC
## REQUEST FOR NOTICE

I certify under penalty of perjury that I caused the above captioned pleading to be served on the parties at the addresses specified below on 06/06/2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

**Service by First-Class Mail**

Attorney
THOMAS CARL ROLLINS, JR
PO BOX 13767
JACKSON, MS 39236-3767

Trustee
HAROLD J. BARKLEY, JR.
PO BOX 4476
JACKSON, MS 39296-4476

EXECUTED ON: 6/6/2025

By: /s/ Christopher Cramer

Christopher Cramer, Claims Administrator

Becket & Lee LLP

PO Box 3002

Malvern, PA 19355-0702

610-228-2570

proofofclaim@becket-lee.com

Authorized Agent for American First Finance, LLC