0044-2M-EPIDCTXX-00280166-156345

IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | JANETTE MARIE & DOTTIE GRIFFIN | CHAPTER 13 |
| | 4255 HWY 16 EAST | Case No: 25-00631-JAW |
| | CANTON, MS 39046 | |

CERTIFICATE OF SERVICE

I, Harold J. Barkley,Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified  06/30/2025

/s/ Harold J. Barkley,Jr.

Harold J. Barkley,Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, MS 39296-4476
Fax: 601-362-8826
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com