_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                      CHAPTER 13 NO.:

JANETTE MARIE GRIFFIN
DOTTIE GRIFFIN                                                          25 – 00631 – JAW


### O R D E R

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Proof of Claim [DK #  27  ] filed herein by Roadmaster Drivers School (Claim No. 13-1); and the Court orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Objection to Proof of Claim is hereby sustained.

THAT, the claim of Roadmaster Drivers School (Claim No. 13-1) is hereby wholly disallowed.

##END OF ORDER##


SUBMITTED BY:

/s/ *Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM