United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00631-JAW
Janette Marie Griffin  Chapter 13
Dottie Griffin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3  User: mssbad  Page 1 of 3
Date Rcvd: Jul 11, 2025  Form ID: n031  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Janette Marie Griffin, Dottie Griffin, 4255 Hwy 16 East, Canton, MS 39046-9115 |
| cr | + | Roadmaster Drivers School, Post Office Box 22467, St. Petersburg, FL 33742-2467 |
| 5483310 | | A1 Payday Loan, 607 US-51, Ridgeland, MS 39157 |
| 5483319 | + | Family Choice Financial, Inc, 1062 East Peace Street, Canton, MS 39046-4004 |
| 5503251 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for Veritas Federal Credit Union, P.O. Box 2058, Madison, MS 39130-2058 |
| 5483325 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 5514912 | + | Roadmaster Drivers School, Roadmaster, P.O. Box 22467, St. Petersburg FL 33742-2467 |
| 5483328 | + | Roastmater Drivers, PO Box 22467, Saint Petersburg, FL 33742-2467 |
| 5483332 | + | Veritas Federal Credit Union, P.O. Box 2659, Smyrna, TN 37167-2686 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5483311 | + | Email/Text: bankruptcy@acimacredit.com | Jul 11 2025 19:27:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5483312 | + | Email/Text: bnc@teampurpose.com | Jul 11 2025 19:27:00 | Advance America, 904 E Peace St, Canton, MS 39046-4024 |
| 5506831 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2025 19:26:04 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5483313 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 11 2025 19:27:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5519416 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2025 19:27:17 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5483315 | | Email/Text: bankruptcy.notices@yourcnb.com | Jul 11 2025 19:27:00 | Citizens National Bank, 512 22nd Ave, Meridian, MS 39301 |
| 5483314 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 11 2025 19:26:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5483316 | + | Email/Text: bkinfo@ccfi.com | Jul 11 2025 19:27:00 | Community Choice, 124 W Center St, Canton, MS 39046-3735 |
| 5483317 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 11 2025 19:27:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5483318 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 11 2025 19:27:18 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5483321 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 11 2025 19:27:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2025 | Form ID: n031 | Total Noticed: 36 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5483320 | | Email/Text: bankruptcy@gi.md | Jul 11 2025 19:27:00 | Gastrointestinal Assoc, P.O. Box 22668, Jackson, MS 39225-2668 |
| 5483322 | + | Email/Text: ebone.woods@usdoj.gov | Jul 11 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5487545 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 19:37:26 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5483324 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2025 19:26:59 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5511271 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2025 19:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5483326 | + | Email/Text: bankruptcy@ncaks.com | Jul 11 2025 19:27:00 | National Credit, Attn: Bankruptcy, Po Box 3023, Hutchinson, KS 67504-3023 |
| 5502482 | + | Email/Text: bankruptcy@ncaks.com | Jul 11 2025 19:27:00 | National Credit Adjusters, LLC, Attn: Bankruptcy Department, P.O. Box 3023, Hutchinson, KS 67504-3023 |
| 5512329 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2025 19:37:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5496243 | + | Email/Text: bankruptcy@gopfs.com | Jul 11 2025 19:27:00 | Prestige Financial Services, BANKRUPTCY DEPARTMENT, PO BOX 26707, SLC UT 84126-0707 |
| 5483327 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 11 2025 19:27:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5483323 | | Email/Text: bankruptcy@qcholdings.com | Jul 11 2025 19:27:00 | Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5483329 | + | Email/Text: Tracey@sra-inc.net | Jul 11 2025 19:27:00 | Smith Rouchon, 1456 Ellis Ave., Jackson, MS 39204-2204 |
| 5483330 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 11 2025 19:27:00 | Transworld System Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 5483331 | | ^ MEBN | Jul 11 2025 19:19:46 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5483333 | + | Email/Text: bk@worldacceptance.com | Jul 11 2025 19:27:26 | WFC, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |
| 5499889 | + | Email/Text: bk@worldacceptance.com | Jul 11 2025 19:27:36 | World Acceptance Corp., Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Veritas Federal Credit Union |
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |
| cr | *P++ | QCHI, PO BOX 14948, LENEXA KS 66285-4948, address filed with court:, Lend Nation, PO BOX 14948, Lenexa, KS 66285 |
| 5519621 | * | American First Finance, LLC, c/o Becket & Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 11, 2025 | Form ID: n031 | Total Noticed: 36 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| John S. Simpson | on behalf of Creditor Veritas Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Dottie Griffin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Janette Marie Griffin trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00631−JAW
**Chapter:** 13

**In re:**

Janette Marie Griffin
aka Jeanette Maria White, aka Janette Marie White
4255 Hwy 16 East
Canton, MS 39046

Dottie Griffin
4255 Hwy 16 East
Canton, MS 39046

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/11/2025 (Dkt. # 35 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 11, 2025

Danny L. Miller, Clerk of Court