# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Janette Marie Griffin                                        Case No. 25-00631-JAW
         Dottie Griffin, Debtors                                                  CHAPTER 13

## NOTICE

Debtors have filed papers with the court to adjust the plan payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: July 22, 2025         Signature:        /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Janette Marie Griffin                                                  Case No. 25-00631-JAW
           Dottie Griffin, Debtors                                                              CHAPTER 13

## MOTION TO ADJUST PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on March 10, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The bar date for filing proof of claims was May 19, 2025, for all creditors and September 28, 2025, for government entities.

3. That all expected government claims have been filed.

4. That Debtor's monthly plan payment should be recalculated to only pay timely filed claims over the full sixty (60) months of the plan.

WHEREFORE, Debtors prays that the Trustee recalculate the plan payment to pay only the timely filed claims over the full sixty (60) months through their bankruptcy plan and for such additional or alternative relief as may be just and proper.

                                      Respectfully submitted

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 22, 2025, to:

By Electronic CM/ECF Notice:

   Chapter 13 Case Trustee

   U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00631 |
|---|---|
| JANETTE MARIE GRIFFIN<br>DOTTIE GRIFFIN | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JANETTE MARIE GRIFFIN<br>DOTTIE GRIFFIN | CASE NO: 25-00631<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/22/2025, a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-00631<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE JUL 22 10-9-53 PST 2025 | AMERICAN FIRST FINANCE LLC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN  PA 19355-0702 | (P)QCHI<br>PO BOX 14948<br>LENEXA KS 66285-4948 |
| ROADMASTER DRIVERS SCHOOL<br>POST OFFICE BOX 22467<br>ST PETERSBURG  FL 33742-2467 | EXCLUDE<br>~~(U)VERITAS FEDERAL CREDIT UNION~~ | EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ |
| A1 PAYDAY LOAN<br>607 US51<br>RIDGELAND  MS 39157 | ACIMA<br>9815 S MONROE ST<br>SANDY  UT 84070-4296 | ADVANCE AMERICA<br>904 E PEACE ST<br>CANTON  MS 39046-4024 |
| ALLY CAPITAL CO AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ALLY FINANCIAL INC<br>ATTN BANKRUPTCY<br>PO BOX 380901<br>BLOOMINGTON  IL 55438-0901 | EXCLUDE<br>~~(D)AMERICAN FIRST FINANCE LLC~~<br>~~CO BECKET AND LEE LLP~~<br>~~PO BOX 3002~~<br>~~MALVERN  PA 19355-0702~~ |
| EXCLUDE<br>~~(D)AMERICAN FIRST FINANCE LLC~~<br>~~CO BECKET AND LEE LLP~~<br>~~PO BOX 3002~~<br>~~MALVERN PA 19355-0702~~ | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | (P)CITIZENS NATIONAL BANK<br>P O BOX 911<br>MERIDIAN MS 39302-0911 |
| COMMUNITY CHOICE<br>124 W CENTER ST<br>CANTON  MS 39046-3735 | CREDIT COLLECTION<br>ATTN BANKRUPTCY<br>725 CANTON ST<br>NORWOOD  MA 02062-2679 | CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS  NV 89113-2273 |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | FAMILY CHOICE FINANCIAL INC<br>1062 EAST PEACE STREET<br>CANTON  MS 39046-4004 | GASTROINTESTINAL ASSOC<br>PO BOX 22668<br>JACKSON  MS 39225-2668 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JOHN S SIMPSON  MSB NO 8525<br>SIMPSON LAW FIRM PA<br>FOR VERITAS FEDERAL CREDIT UNION<br>PO BOX 2058<br>MADISON  MS 39130-2058 | LVNV FUNDING LLC CO<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| EXCLUDE<br>~~(D)(P)QCHI~~<br>~~PO BOX 14948~~<br>~~LENEXA KS 66285-4948~~ | LVNV FUNDING<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE  SC 29603-0497 | MERIT HEALTH RIVER OAK<br>1030 RIVER OAKS DR<br>FLOWOOD  MS 39232-9553 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | NATIONAL CREDIT<br>ATTN BANKRUPTCY<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 | NATIONAL CREDIT ADJUSTERS LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 3023<br>HUTCHINSON KS 67504-3023 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PRESTIGE FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 26707<br>SLC UT 84126-0707 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER UT 84020-2315 |
| ROADMASTER DRIVERS SCHOOL<br>ROADMASTER<br>PO BOX 22467<br>ST PETERSBURG FL 33742-2467 | ROASTMATER DRIVERS<br>PO BOX 22467<br>SAINT PETERSBURG FL 33742-2467 | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON MS 39204-2204 |
| TRANSWORLD SYSTEM INC<br>507 PRUDENTIAL RD<br>HORSHAM PA 19044-2308 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON MS 39201-5022 |
| VERITAS FEDERAL CREDIT UNION<br>PO BOX 2659<br>SMYRNA TN 37167-2686 | WFC<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | WORLD ACCEPTANCE CORP<br>ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| DOTTIE GRIFFIN<br>4255 HWY 16 EAST<br>CANTON MS 39046-9115 | EXCLUDE<br>HAROLD J BARKLEY JR<br>PO BOX 4476<br>JACKSON MS 39296-4476 | DEBTOR<br>JANETTE MARIE GRIFFIN<br>4255 HWY 16 EAST<br>CANTON MS 39046-9115 |

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767