0044-2M-EPIDXX-00280994-158882

# United States Bankruptcy Court
## FOR THE
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:** JANETTE MARIE & DOTTIE GRIFFIN  
4255 HWY 16 EAST  
CANTON, MS 39046

**DATE** 11/25/2025

**CASE No.** 25-00631-JAW

## MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor.

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| Department of Treasury - / Internal Revenue Service Centralized Insolvency<br>P O Box 7346 / Philadelphia, PA 19101-7346 | 2-2 | Unsecured<br>PAY 100.0000% | 1,393.64 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

**/s/ Harold J. Barkley, Jr.**

Harold J. Barkley, Jr. - Msb #2008  
Chapter 13 Trustee  
Post Office Box 4476  
Jackson, MS 39296-4476  
Fax: 601-362-8826  
Telephone: 601-362-6161  
e-mail: hjb@hbarkley13.com

THOMAS C. ROLLINS, JR  
THE ROLLINS LAW FIRM PLLC  
P O BOX 13767  
JACKSON, MS 39236

trollins@therollinsfirm.com